**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Corey Allen BROOKS, Defendant–**
**Appellant.**

No. 14–3669.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 25, 2015.

Filed: June 19, 2015.

Katherine Ann McNamara, Assistant U.S. Attorney, Richard E. Rothrock, Assistant U.S. Attorney, Council Bluffs, IA, for Plaintiff–Appellee.

Corey Allen Brooks, Lincoln, NE, pro se.

Jim K. McGough, McGough Law, P.C., Omaha, NE.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Corey Brooks directly appeals after he pled guilty to a drug-conspiracy offense and a firearm-related offense, and the district court[1] sentenced him to 40 years in prison. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Brooks was not competent at the time he entered his guilty plea, and thus the district court[2] erred by accepting his plea.

Upon careful review, we conclude that—in light of Brooks's own statements at the change-of-plea hearing, as well as his counsel's statements—the district court did not clearly err in finding that Brooks was competent at the time he entered his guilty plea. *See United States v. Martinez*, 446 F.3d 878, 881 (8th Cir.2006); *United States v. Denton*, 434 F.3d 1104, 1112–13 (8th Cir.2006). We therefore further conclude that the district court did not err in accepting Brooks's plea.

In addition, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

2. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.